JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:17-cv-648-JLS-JCG            Date: September 05, 2017
Title: Judy Gompf v. Consumer Portfolio Services, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                            Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS (Doc. 15)**

      The Court has reviewed Plaintiff's Joint Stipulation of Dismissal of Action With Prejudice as to the Named Plaintiff and Without Prejudice as to the Putative Class. (Doc. 15.) Upon review, the Court GRANTS the dismissal. Plaintiff has properly submitted an analysis of the *Diaz* factors and included a copy of the settlement agreement. Plaintiff's analysis of the *Diaz* factors weighs in favor of dismissal. Accordingly, the Court GRANTS the dismissal WITH PREJUDICE as to Plaintiff's individual claims and WITHOUT PREJUDICE as to the putative class's claims. Each party shall bear her or its own costs and attorneys' fees.

                                                           Initials of Preparer: tg